**No. 49989.**—Protests 106476–K, etc., of Apache Trading Co. et al. (Los Angeles, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49990.**—Protests 808888–G, etc., of B. Mandel & Co. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49991.**—Protests 970047–G, etc., of S. L. Abbott, Jr., Co. et al. (Los Angeles, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49992.**—Protests 979942–G, etc., of Jordon Marsh Co. et al. (Boston and Cleveland).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, February 3, 1945

**No. 49993.**—Protests 926815–G, etc., of Q. W. Lung & Co. et al. (Boston, etc.).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 3, 1945

**No. 49994.**—Protests 113484–K, etc., of Apache Trading Co. et al. (Los Angeles, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, FEBRUARY 3, 1945

**No. 49995.**—Protests 5721–K, etc., of Balfour, Guthrie & Co., Ltd. (Boston).

Opinion by KEEFE, J. From an examination of the records the court held the action of the collector to be presumptively correct. The protests were therefore overruled.

**No. 49996.**—Protest 108751–K of Chas. M. McLean (Cleveland).

Opinion by KEEFE, J. From an examination of the record the court found nothing to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.